**Minutes of the United States District Court**
**Southern District of California**
**May 15, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08- 10:32-10:35

| | | | |
|---|---|---|---|
| 08MJ1232-JMA | USA | vs. | RICHARD LAWSON - (C) |
| REMOVAL/ID HRG | | | MARC CARLOS, CJA |
| | | | AUSA: TARA MCGRATH |

DFT WAIVES ID HRG

WAIVER OF HRG FILED

WARRANT OF REMOVAL SIGNED BY THE CT

3 MINUTES